## DECLARATION OF LUSIK AYVAZYAN

I, Lusik Ayvazyan, declare as follows:

1. I am the ex-wfie of Tigran Sarkisyan and if called as a witness could and would testify to the following facts.

2. Tigran and I were married for eight years and have two children together. We separated amicably in 2003.

3. Sometime on or around the summer of 2000, Tigran and I got into a heated argument at my parents' house. Although he was shouting loudly, he never hit or laid hands on me that night (or at any other time in our relationship). Because of the loud shouting, some neighbors called the police.

4. When police arrived, they didn't arrest Tigran. I never told police or anyone else that Tigran hit me or laid hands on me. A few months later we received notice for Tigran to appear in court in case no. 1CR04810, in Los Angeles.

5. Tigran and I were under the belief that his lawyer at the time had reached an agreement with the prosecution to drop the case if Tigran did some domestic violence classes and community labor. Tigran did the classes and labor and we never heard from the court again. We believed the case had been dismissed.

///

///

///

///

///

6.   Whatever the court records now show, I know without a doubt that Tigran never in his life hit me or laid hands on me.  He has been a great father to our children and we remain great friends to this day, despite the fact that we decided to separate 11 years ago.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.  Dated this 5th of February, 2014.

/s/ Lusik Ayvazyan
Lusik Ayvazyan